LOUISVILLE TIN AND STOVE COM-PANY, Petitioner-Appellant,

v.

COMMISSIONER OF INTERNAL REV-ENUE, Respondent-Appellee.

No. 14288.

United States Court of Appeals
Sixth Circuit.

March 10, 1961.

Ernest Woodward II, Louisville, Ky., Woodward, Hobson & Fulton, Louisville, Ky., on brief, for petitioner.

Fred E. Youngman, Department of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Attorneys, Department of Justice, Washington, D. C., on brief, for respondent.

Before CECIL, WEICK and O'SUL-LIVAN, Circuit Judges.

ORDER.

This cause came on to be heard upon the record and on the briefs and argu-ments of counsel for the respective parties, and upon due consideration thereof,

It is ordered that the Decision of the Tax Court of the United States be, and the same is, hereby affirmed upon the memorandum Findings of Fact and Opinion of Judge Bruce M. Forrester, reported as T.C.Memo 1960–103, Docket No. 64259

UNITED STATES of America,
Appellee,

v.

Largie Thomas AYSCUE, Appellant.

No. 8251.

United States Court of Appeals
Fourth Circuit.

Argued March 28, 1961.

Decided March 30, 1961.

Russell Alton Wright, Richmond, Va., (Court-assigned counsel), for appellant.

Harold T. Dodge, Asst. U. S. Atty., Burlington, N. C., (Julian T. Gaskill, U. S. Atty., Raleigh, N. C., and Rossie G. Gardner, Asst. U. S. Atty., Winston-Salem, N. C., on brief), for appellee.

Before SOPER and HAYNSWORTH, Circuit Judges, and LEWIS, District Judge.

PER CURIAM.

Denial of this motion to vacate a sentence as illegally imposed is affirmed for the reasons given in the opinion of the District Judge, where the facts are fully set forth. United States v. Ayscue, D.C. E.D.N.C. 187 F.Supp. 946. See, also, Gardner v. United States, 5 Cir., 274 F.2d 380.

Affirmed.